| | |
|---|---|
| 1 | Mark D. Estle, SBN 135004 |
| 2 | Erica T. Loftis, SBN 259286 |
|   | Buckley Madole, P.C. |
| 3 | 12526 High Bluff Drive, Suite 238 |
|   | San Diego, CA 92130 |
| 4 | Telephone: 858-720-0890 |
|   | Fax: 858-720-0092 |
| 5 | Mark.Estle@BuckleyMadole.com |

Attorney for Toyota Lease Trust

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| In re: | Case No. 13-43886 |
| Petros Vasdekis and Aliky Melpo Vasdekis, | Chapter 13 |
| | R.S. No. MDE-1602 |
| | **MOTION FOR RELIEF FROM AUTOMATIC STAY** |
| | <u>Hearing</u>: |
| | Date: December 2, 2015 |
| | Time: 9:30 a.m. |
| | Place: Courtroom 220 |
| |          1300 Clay Street |
| |          Oakland, CA 94612 |
| Debtors. | |

**TO THE HONORABLE WILLIAM J. LAFFERTY, UNITED STATES BANKRUPTCY COURT JUDGE, THE DEBTORS, DEBTORS' COUNSEL, THE TRUSTEE, AND OTHER INTERESTED PARTIES:**

Toyota Lease Trust ("Movant") hereby moves this Court for an Order granting relief from the automatic stay under 11 U.S.C. § 362 as to the Debtors and Debtors' bankruptcy estate in the above-captioned matter so that Movant may enforce its remedies against the property in accordance with applicable non-bankruptcy law on the personal property commonly described as 2012 TOYOTA CAMRY, vehicle identification number: 4T1BF1FK5CU103509 (the "Property").

Movant hereby moves this Court for an Order granting relief from the automatic stay on the following grounds:

1. **Pursuant to 11 U.S.C. § 362(d)(1), Movant's interest is not adequately protected:** The evidence establishes that the loan matured on May 24, 2015. Debtor has failed to execute the Purchase Option or return the vehicle pursuant to the Agreement. Movant's interest in the Property is not adequately protected.

Movant submits the attached Declaration and Memorandum of Point & Authorities, as well as other evidence attached hereto in support of its Motion.

**WHEREFORE**, Movant prays that this Court issues an Order as follows:

1. An Order Granting Relief from the Automatic Stay to allow Movant, its successors, transferees, and assigns, to proceed under applicable non-bankruptcy law to enforce its remedies against the Property.

2. The Order be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

3. The 14-day stay described by Bankruptcy Rule 4001(a)(3) be waived.

4. If relief from stay is not granted, Movant respectfully requests the Court to order adequate protection.

5. Any further relief as the Court deems just and proper.

Dated: 10/30/2015

Respectfully Submitted,
Buckley Madole, P.C.

By: */s/ Mark D. Estle*
Mark D. Estle
Attorney for Movant