UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re:
**Petros Vasdekis**
**Aliky Melpo Vasdekis**

Debtor(s).

Bankruptcy No. **13-43886**
R.S. No.: **MDE-1602**
Hearing Date: **December 2, 2015**
Time: **9:30 a.m.**

## Relief From Stay Cover Sheet

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

(A) Date Petition Filed: **7/8/2013**        Chapter: **13**
    Prior Hearings on this obligation: **N/A**        Last Day to File §523/§727 Complaints:

(B) Description of personal property collateral (e.g. 1983 Ford Taurus):
    **2012 TOYOTA CAMRY, 4T1BF1FK5CU103509**
    Secured Creditor [ X ] or lessor [   ]
    Fair market value:         **$14,550.00**        Source of value:         **Debtor's Schedules**
    Contract Balance:         **$14,782.56**        Pre-Petition Default:         **$0.00**
    Monthly Payment:         **$371.82**        No. of months:         **0**
    Insurance Advance: $_____        Post-Petition Default:         **Loan Matured**
                                       No. of months:         **N/A**

(C) Description of real property collateral (e.g. Single family residence, Oakland, CA):

    Fair market value: $_____    Source of value: _____    If appraisal, date: _____

    Moving Party's position (first trust deed, second, abstract, etc.):

    Approx. Bal.: $_____                  Pre-Petition Default: $_____
    As of (date): _____                   No. of months: _____
    Mo. payment: $_____                   Post-Petition Default: $_____
    Notice of Default (date): _____       No. of months: _____
    Notice of Trustee's Sale: _____       Advances Senior Liens: $_____

    Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

| Position | Amount | Mo. Payment | Defaults |
|---|---|---|---|
| 1st Deed of Trust: **Movant** | **$14,574.16** | **N/A** | **$14,574.16** |
| 2nd Deed of Trust: _____ | | | |
| _____ : | | | |
| _____ : | | | |
| (Total) | **$14,574.16** | **N/A** | **$14,574.16** |

(D) Other pertinent information: **Movant's interest is not adequately protected, Debtors have failed to make post-petition payments, § 362(d)(1).**

Dated: **10/30/2015**                    */s/ Mark D. Estle*
                                         **MARK D. ESTLE**
                                         Attorney for Toyota Lease Trust