Mark D. Estle, SBN 135004
Erica T. Loftis, SBN 259286
Buckley Madole, P.C.
12526 High Bluff Drive, Suite 238
San Diego, CA 92130
Telephone: 858-720-0890
Fax: 858-720-0092
Mark.Estle@BuckleyMadole.com

Attorney for Toyota Motor Credit Corporation as
servicer for: Toyota Lease Trust

# UNITED STATES BANKRUPTCY COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>Petros Vasdekis and Aliky Melpo Vasdekis,<br><br><br><br><br><br><br><br>Debtors. | Case No. 13-43886<br><br>Chapter 13<br><br>R.S. No. MDE-1602<br><br>**DECLARATION IN SUPPORT OF MOTION FOR RELIEF FROM AUTOMATIC STAY**<br><br>Hearing:<br>Date: December 2, 2015<br>Time: 9:30 a.m.<br>Place: Courtroom 220<br>       1300 Clay Street<br>       Oakland, CA 94612 |

I, Cheryl Nishimura, declare:

    I am employed as a Agency Administrator by Toyota Motor Credit Corporation ("Toyota") as servicer for: Toyota Lease Trust. I am over 18 years of age. I have knowledge regarding Movant's interest in the property and of the Aliky Vasdekis ("Borrower") loan account that is the subject of this Motion. If called upon to testify, I could and would competently testify thereto.

    I am one of the custodians of the books, records and files of Movant that pertain to loans, leases, or extensions of credit given to Borrower concerning the Property. I have access to the books, records and files, and as to the following facts, I know them to be true of my own knowledge or I have gained knowledge of them from the business records of Movant on behalf of Movant, which were made at or

| | |
|---|---|
| 1 | about the time of the events recorded, and which are maintained in the ordinary course of Movant's |
| 2 | business at or near the time of the acts, conditions or events to which they relate. Any such document |
| 3 | was prepared in the ordinary course of business of Movant by a person who had personal knowledge of |
| 4 | the event being recorded and had or has a business duty to record accurately such event. The business |
| 5 | records are available for inspection and copies can be submitted to the Court if required. |

1. **Case history:** Petros Vasdekis and Aliky Melpo Vasdekis ("Debtors") filed the instant Chapter 13 voluntary bankruptcy petition on or about July 8, 2013 as bankruptcy case number 13-43886.

2. **The Property at issue:** The personal property that is the subject of this motion is a 2012 TOYOTA CAMRY, vehicle identification number: 4T1BF1FK5CU103509 (the "Property"). Movant has a perfected security interest in the Property for which a Certificate of Title is provided for by state law. A true and correct copy of the Certificate of Title is attached as Exhibit A. Aliky Vasdekis is the lessee of record of the Property.

3. **Nature of Debtors' interest in the Property:** On or about May 24, 2012, Aliky Vasdekis executed a Lease Agreement (the "Agreement") with Movant in the original principal amount of $24,264.42 as to the Property. A true and correct copy of the Agreement is attached as Exhibit B.

4. **Amount of Movant's Claim with respect to the Property:**

    Principal and Accrued unpaid interest:         $14,782.56
    TOTAL Claim as of: 10/01/2015                  $14,782.56

5. **Status of Movant's claim relating to the Property:** The current monthly payment amount is $371.82. The last payment was received on June 4, 2015. The loan matured on May 24, 2015 and now the full balance is due in the amount of $14,574.16. A true and correct copy of the post-petition payment history that accurately reflects the dates and amounts of all payments made by the Debtor(s) since the petition date is attached as Exhibit C.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on October 19, 2015, at Torrance, CA _____ (city, state).

Cheryl Nishimura
*Declarant's Name*

[signature]
*Signature of Declarant*