Mark D. Estle, SBN 135004
Erica T. Loftis, SBN 259286
Buckley Madole, P.C.
12526 High Bluff Drive, Suite 238
San Diego, CA 92130
Telephone: 858-720-0890
Fax: 858-720-0092
Mark.Estle@BuckleyMadole.com

Attorney for Toyota Lease Trust

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>Petros Vasdekis and Aliky Melpo Vasdekis,<br><br><br><br><br><br><br><br>Debtors. | Case No. 13-43886<br><br>Chapter 13<br><br>R.S. No. MDE-1602<br><br>**NOTICE OF HEARING ON MOTION FOR RELIEF FROM AUTOMATIC STAY**<br><br>Hearing:<br>Date:   December 2, 2015<br>Time:   9:30 a.m.<br>Place:  Courtroom 220<br>           1300 Clay Street<br>           Oakland, CA 94612 |

**TO THE HONORABLE WILLIAM J. LAFFERTY, UNITED STATES BANKRUPTCY COURT JUDGE, THE DEBTORS, DEBTORS' COUNSEL, THE TRUSTEE, AND OTHER INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that Toyota Lease Trust ("Movant") has filed a Motion for Relief from Automatic Stay (the "Motion") in the above-captioned matter. The Motion will be heard before the Honorable William J. Lafferty on December 2, 2015 at 9:30 a.m. in Courtroom 220 at the United States Bankruptcy Court located at 1300 Clay Street, Oakland, CA, 94612.

The Motion is based upon the attached Declaration, Memorandum of Points & Authorities, and Movant's Relief from Stay Cover Sheet, as well as other evidence attached hereto in support of the Motion.

Pursuant to Local Bankruptcy Rule 4001-1(a), Movant has filed and served its Motion with at least fourteen (14) calendar days prior to the hearing date. Respondents opposing the Motion shall appear personally or by counsel at the preliminary hearing. A respondent will not be required to, but may, file responsive pleadings, points and authorities, and declarations for any preliminary hearing.

If Debtors fail to appear at the hearing, either personally or by counsel, the Court may grant the requested relief.

Dated: 10/30/2015

Respectfully Submitted,
Buckley Madole, P.C.

By: */s/ Mark D. Estle*
Mark D. Estle
Attorney for Movant