

1  Mark D. Estle, SBN 135004
2  Erica T. Loftis, SBN 259286
   Buckley Madole, P.C.
3  12526 High Bluff Drive, Suite 238
   San Diego, CA 92130
4  Telephone: 858-720-0890
   Fax: 858-720-0092
5  Mark.Estle@BuckleyMadole.com
6
   Attorney for Toyota Lease Trust
7

The following constitutes the order of the court.
Signed December 10, 2015

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>Petros Vasdekis<br>Aliky Melpo Vasdekis<br><br><br><br><br><br><br><br><br><br><br>Debtors. | Case No. 13-43886<br><br>Chapter 13<br><br>R.S. No. MDE-1602<br><br>**ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY**<br><br>Hearing:<br>Date:  12/2/2015<br>Time:  9:30 am<br>Place: Courtroom 220<br>         1300 Clay Street<br>         Oakland, CA 94612 |

    A Motion for Relief from the Automatic Stay (the "Motion") was noticed in the within matter and filed by Toyota Lease Trust ("Movant"). A hearing on the above-referenced motion was held at the date, time and place set forth above. Appearances were noted on the record. For the reasons set forth on the record and in the minutes of the proceedings, the Court hereby makes its Order as follows:

**IT IS HEREBY ORDERED THAT:**

    1. This Order pertains to the personal property .described as 2012 TOYOTA CAMRY, vehicle identification number: 4T1BF1FK5CU103509.

///

///

///

2. The automatic stay of 11 U.S.C. § 362(a) is hereby terminated as to Debtors and Debtors' bankruptcy estate. Movant may enforce its remedies to obtain possession of the Property in accordance with applicable non-bankruptcy law.

3. This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of the Bankruptcy Code.

4. The 14-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.

**END OF ORDER**

COURT SERVICE LIST